STATE of Missouri, Respondent,

v.

David PERKINS, Appellant.

No. 69975.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Nancy L. Vincent, Asst. Appellate Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL, J., and JOSEPH M. ELLIS, Special Judge.

### ORDER

PER CURIAM.

David Perkins appeals from his conviction by jury of first degree robbery, § 569.020, RSMo 1994 and armed criminal action, § 571.015, RSMo 1994. Perkins was sentenced to two concurrent twenty-five year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Phillip WILEY–EL, Defendant/Appellant.

Phillip WILEY–EL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 68535, 70739.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 29, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

### ORDER

PER CURIAM.

A jury convicted defendant of distributing a controlled substance near public housing in violation of § 195.218, RSMo 1994. The trial court sentenced him to fifteen years.

He appeals, raising two plain error points and one point challenging the constitutionality of the statute. The Missouri Supreme Court found the statute constitutional in *State v. Hatton,* 918 S.W.2d 790 (Mo.banc 1996). In addition, in his Rule 29.15 proceeding, he raises one point alleging ineffective assistance of counsel.

We have examined the legal file, transcript, and briefs. No jurisprudential purpose would be served by a written opinion. Rule 30.25(b). The judgment of the motion court in the Rule 29.15 proceeding is based on findings of fact that are not clearly erroneous. No error of law appears. An opinion would have no precedential value. Rule 84.16(b). The judgments are affirmed.